1
2
3
4
5
6                           UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                    * * * * *

9    UNITED STATES OF AMERICA,            )
                                          )   3:08-cr-00032-LRH-RAM
10                       Plaintiff,       )
                                          )   ORDER
11   vs.                                  )
                                          )
12   TERRY DALE JONES, JR.,               )
                                          )
13                       Defendant.       )
     _____)

14

15         Before the court is Defendant Jones's Appeal from Magistrate Judge's Detention Order

16   (#19), the Government's response to Defendant's appeal (#20), and Defendant's reply (#21).

17   The court has conducted a de novo review of the evidence before the Magistrate and reaches its

18   independent determination that the Magistrate Judge's findings are correct.  The court finds by

19   clear and convincing evidence that there is a serious risk that the Defendant will endanger the

20   safety of another person or the community in the event he is not detained and that there is also a

21   serious risk that the defendant will not appear.  The court further finds that there are no

22   conditions or combination of conditions of release that would reasonably assure the appearance

23   of the Defendant at trial.

24         GOOD CAUSE APPEARING, Defendant Jones's Appeal from the Magistrate Judge's

25   Detention Order (#19) is DENIED, and

26         IT IS ORDERED that the Defendant shall be detained pending trial.

27         DATED this 8th day of July, 2008.

28
                                          _____
                                          LARRY R. HICKS
                                          UNITED STATES DISTRICT JUDGE