UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TERRY DALE JONES, JR., ) <br> ) <br> Defendant. ) <br> ) | 3:08-cr-00032-LRH-RAM <br><br> <u>MINUTE ORDER</u> <br><br> September 11, 2008 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>ROSEMARIE MILLER</u>        REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):        <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):        <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

 Before the court is Defendant's Motion to Dismiss Count Two (Attempted Murder in Violation of Title 18 U.S.C. §§ 1113, 1151 & 1153) Pursuant to Fed. R. Crim. P. 12(b)(3)(B) (#23[1]), Government's Response (#32) and Superseding Indictment (#30), which appears to render the motion to dismiss as moot,

 Good cause appearing, the motion to dismiss Count Two (#23) is denied without prejudice.

         LANCE S. WILSON, CLERK

         By:    /s/
            Deputy Clerk

---

[1] Refers to court's docket number.